# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION

VENUE: SAN FRANCISCO

**CR 07 0428 MMC**

FILED
07 JUL 10 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES OF AMERICA,

V.

CARMAN CHAN and PAUL LEUNG

DEFENDANT.

## INDICTMENT

Title 8, United States Code, Section 1324 (a)(1)(A)(iii) - Alien Harboring; Title 8, United States Code, Section 1324 (a)(1)(A)(v)(I) - Conspiracy to Commit Alien Harboring; Title 18 United States Code, Section 1001 (a)(2) - Making a False Statement to a Federal Agent (two counts)

A true bill.

_____
Foreman

Filed in open court this _10th_ day of
_July_ _2007_

_____
Clerk

Bail, $ No Process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring; Ct 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) - Conspiracy to Commit Alien Harboring; Ct 4: 18 U.S.C. § 1001(a)(2)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
See attached penalty sheet.

E-Filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 10 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ PAUL LEUNG

**DISTRICT COURT NUMBER**
CR 07 0428 MMC

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
ICE - SA Brian Ginn / FBI - SA Siddhartha Patel

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Denise Marie Barton

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
7

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

Penalty Sheet

Defendant: Paul Leung

Count 1: Alien Harboring, 8 U.S.C. § 1324(a)(1)(A)(iii)

> Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

Count 2: Conspiracy to Commit Alien Harboring, 8 U.S.C. § 1324(a)(1)(v)(I)

> Maximum Penalties: Class C Felony, imprisonment not more than 10 years, maximum of 3 years supervised release; $100 special assessment.

Count 4: Making a False Statement to a Federal Agent, 18 U.S.C. § 1001(a)(2)

> Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 10 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring; Ct 2: 8 U.S.C. § 1324(a)(1)(A)(v)(I) - Conspiracy to Commit Alien Harboring; Ct 3: 18 U.S.C. § 1001(a)(2)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See attached penalty sheet.    E-Filing

— DEFENDANT — U.S.
▶ CARMAN CHAN

DISTRICT COURT NUMBER
CR 07 0428 MMC

— DEFENDANT —

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)
ICE - SA Brian Ginn / FBI - SA Siddhartha Patel

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## Penalty Sheet

Defendant: Carman Chan

Count 1: Alien Harboring, 8 U.S.C. § 1324(a)(1)(A)(iii)

    Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

Count 2: Conspiracy to Commit Alien Harboring, 8 U.S.C. § 1324(a)(1)(v)(I)

    Maximum Penalties: Class C Felony, imprisonment not more than 10 years, maximum of 3 years supervised release; $100 special assessment.

Count 3: Making a False Statement to a Federal Agent, 18 U.S.C. § 1001(a)(2)

    Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5       E-Filing
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION



11             **CR 07   0428 MMC**

12 | UNITED STATES OF AMERICA,          )   No. CR
13 |     Plaintiff,                     )
                                        )   VIOLATIONS: Title 8, United States Code,
14 |     v.                             )   Section 1324(a)(1)(A)(iii) – Alien
                                        )   Harboring; Title 8, United States Code,
15 | CARMAN CHAN, and                   )   Section 1324(a)(1)(A)(v)(I) – Conspiracy to
     PAUL LEUNG,                        )   Commit Alien Harboring; Title 18 United
16 |                                    )   States Code, Section 1001(a)(2) – Making a
         Defendants.                    )   False Statement to a Federal Agent (two
17 |                                    )   counts)
   |_____)
                                            SAN FRANCISCO VENUE
18
19                          INDICTMENT
20 The Grand Jury charges:
21 <u>COUNT ONE</u>:   8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring
22     Beginning on or about January 9, 2003 and continuing until on or about April 7, 2006, in
23 the Northern District of California, the defendants,
24                          CARMAN CHAN,
                                and
25                          PAUL LEUNG,
26 did knowingly and intentionally conceal, harbor, and shield from detection an alien, namely,
27 Indarwati Midjan, at 5816 Buena Vista Avenue, Oakland; at 673 Freesia Drive, South San
28 Francisco; and at 1820 Forest View Drive, Hillsborough, knowing or in reckless disregard of the

1  fact that the alien had remained in the United States; all in violation of law in violation of Title 8,
2  United States Code, Section 1324(a)(1)(A)(iii).
3  COUNT TWO:     8 U.S.C. § 1324(a)(1)(A)(v)(I) – Conspiracy to Commit Alien Harboring
4      Beginning on or about January 9, 2003 and continuing until on or about April 7, 2006, in
5  the Northern District of California, the defendants,
6                    CARMAN CHAN,
                       and
7                    PAUL LEUNG,
8  did knowingly and intentionally conspire to conceal, harbor, and shield from detection an alien,
9  namely Indarwati Midjan, knowing or in reckless disregard of the fact that the alien had remained
10 in the United States in violation of law; all in violation of Title 8, United States Code, Sections
11 1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(iii).
12 COUNT THREE:     18 U.S.C. § Section 1001(a)(2) – Making a False Statement to a Federal
13                  Agent
14     On or about February 8, 2007, in the Northern District of California, in a matter within
15 the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement
16 and the Federal Bureau of Investigation, both agencies of the United States, the defendant,
17                   CARMAN CHAN,
18 did knowingly and willfully make a materially false, fraudulent, and fictitious statement and
19 representation to a federal agent, to wit, that Indarwati Midjan only worked with the defendants
20 CARMAN CHAN and PAUL LEUNG at their residence in Oakland, California and that
21 Indarwati Midjan had never been to CARMAN CHAN's and PAUL LEUNG's residence at 1820
22 Forest View Drive, Hillsborough, California; all in violation of Title 18, United States Code,
23 Section 1001(a)(2).
24 //
25 //
26 //
27 //
28 //

1 | COUNT FOUR: 18 U.S.C. § Section 1001(a)(2) – Making a False Statement to a Federal
2 | Agent
3 | On or about February 8, 2007, in the Northern District of California, in a matter within
4 | the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement
5 | and the Federal Bureau of Investigation, both agencies of the United States, the defendant,
6 | PAUL LEUNG,
7 | did knowingly and willfully make a materially false, fraudulent, and fictitious statement and
8 | representation to a federal agent, to wit, that is that Indarwati Midjan only stayed with the
9 | defendants PAUL LEUNG and CARMAN CHAN periodically in Oakland, California and that
10 | Midjan had her own home in a location unknown to PAUL LEUNG; all in violation of Title 18,
11 | United States Code, Section 1001(a)(2).

[Signature] Acting Foreperson

DATED: July 10, 2007

SCOTT N. SCHOOLS
United States Attorney

[Signature] STRETCH FOR LOWDER
GREGG W. LOWDER
Assistant United States Attorney
Deputy Chief, Major Crimes Section

(Approved as to form: [Signature])
AUSA BARTON

3