1  GARRICK S. LEW  SBN # 61889
   600 Townsend Street Suite 329 E
2  San Francisco, CA 94103
   Telephone:  (415) 575-3588
3  Fax: (415) 522-1506

4  Attorney for Defendant
   CARMEN CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                  )<br>             Plaintiff,              )<br>     vs.                                        )<br>                                                  )<br>Carmen Chan,                            )<br>                                                  )<br>             Defendants.         )<br>_____) | CR No. 07-0428 MMC<br><br>DEPOSIT OF REAL ESTATE<br>EQUITY IN LIEU OF<br>BAIL -- DEED OF TRUST,<br>OBLIGATION |

   Attached hereto are documents relating to the real property located at 1820 Forest View Avenue, Hillsborough, California, 94010, consisting of the following:

   1.  Short Form Deed of Trust in favor of United States District Court, Northern District of California, San Francisco Division in the amount of $100,000.

   2.  Obligation of $ 100,000 for bail for defendant.

   3.  Preliminary Title Report

   4.  Fair Market Appraisal of Property                                                                3,500,000

   5.  Citi Bank First Mortgage                                                                             1,750,000
       Washington Mutual Equity Line                                                                   296,340

   6.  Full Reconveyance Deed


       **NET EQUITY FOR BAIL**:                                                                        1,453,660