1  GARRICK S. LEW  SBN # 61889
   600 Townsend Street Suite 329 E
2  San Francisco, CA 94103
   Telephone:  (415) 575-3588
3  Fax: (415) 522-1506

4  Attorney for Defendant
   CARMAN CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
|  | ) | |
| Plaintiff, | ) | CR No. 07-0428 MMC |
| vs. | ) | |
|  | ) | |
| Carman Chan, | ) | MANUAL FILING NOTIFICATION |
|  | ) | |
| Defendants. | ) | |

Regarding:   Exhibits 1-6 to the DEPOSIT OF REAL ESTATE EQUITY IN LIEU OF BAIL – DEED OF TRUST, OBLIGATION

   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

   If you are a participant in this case, this filing will be served in hard-copy shortly.

   For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[x] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____

Dated: July 17, 2007                                    Respectfully submitted,


                                                        _____/S/_____
                                                        Garrick S. Lew
                                                        Attorney for Defendant Carman Chan