Garrick S. Lew SBN 61889
LAW OFFICES OF GARRICK S. LEW
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: 415.575-3588
Facsimile: 415.522.1506
gsl@defendergroup.com

Attorney for Defendant
CARMEN CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CARMEN CHAN,<br><br>  Defendant. | CR 07-0428 MMC<br><br>STIPULATION AND ORDER EXONERATING PROPERTY BOND ON DEPOSIT WITH THE COURT AND PERMITTING SUBSTITUTION OF CASH BOND FOR BAIL |

The parties hereby stipulate, through their respective counsel, DENISE BARTON, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant CARMEN CHAN, that defendant's property bond may be exonerated at this time for the purpose of substituting a cash bond. The parties agree that the following deed of trust for the following described property are to be released by the Clerk of the Court upon the Clerk's receipt of $100,000 cashier's check:

Short form deed of trust and assignment of rents in favor of RICHARD WIEKING, Clerk of the United States District Court for the real property located at 1820 Forest View Avenue, Hillsborough, CA 94010, executed by Paul M. Leung and Carmen Sau Wai Chan, trustors. Said short form deed of trust and assignment of rents was recorded in San Mateo County on July 13, 2007, instrument no. 2007-105911 CONF.

///

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND AND PERMITTING
SUBSTITUTION OF CASH BOND

DATED: 8/14/07

DENISE BARTON
Assistant United States Attorney

DATED: August 14, 2007

GARRICK S. LEW
Attorney for Defendant CARMEN CHAN

## ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action, upon the Clerk's receipt of $100,000 to secure bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust form for the property to be exonerated. Upon receipt of the instant order, the Reconveyance of the Deed of Trust for the property and the cash bail, the Clerk of the United States District Court, as beneficiary under the deed of trust shall the Clerk of the Court as Trustee shall reconvey the described property to Paul M. Leung and Carmen Sau Wai Chan, who originally pledged said property as bail. The Clerk of the Court shall then send the Reconveyance of Deed of Trust with each Original Deed of Trust on the property;

1820 Forest View Avenue, Hillsborough, CA 94010

to Garrick S. Lew Esq., 600 Townsend Street Suite 329E, San Francisco, CA 94103, for recording of the Reconveyance in the appropriate county.

DATED: 8-14-07

The Hon. JAMES LARSON
United States District Court Magistrate Judge

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND AND PERMITTING SUBSTITUTION OF CASH BOND