GARRICK S. LEW (State Bar #61889)
LAW OFFICES OF GARRICK S. LEW AND ASSOCIATES
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: 415.575.3588
Facsimile:  415.522.1506

Attorney for Defendant
CARMEN CHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-0428 MMC |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER EXONERATING PROPERTY BOND |
| CARMEN CHAN, ) | ON DEPOSIT WITH THE COURT AND PERMITTING SUBSTITUTION OF CASH BOND |
| Defendant. ) | FOR BAIL |

The parties hereby stipulate, through their respective counsel, DENISE BARTON, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant CARMEN CHAN, that defendant's property bond may be exonerated at this time for the purpose of substituting a cash bond.  The parties agree that the following deed of trust for the following described property are to be released by the Clerk of the Court upon the Clerk's receipt of $100,000 cashier's check:

Short form deed of trust and assignment of rents in favor of RICHARD WIEKING, Clerk of the United States District Court for the real property located at 1820 Forest View Avenue, Hillsborough, CA 94010, executed by Paul M. Leung and Carmen Sau Wai Chan, trustors.  Said short form deed of trust and assignment of rents was recorded in San Mateo County on July 13, 2007, instrument no. 2007-105910.

///

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND AND PERMITTING SUBSTITUTION OF CASH BOND

DATED:  August 15, 2007           /s/
                                  _____
                                  DENISE BARTON
                                  Assistant United States Attorney


DATED:  August 15, 2007           _____
                                  GARRICK S. LEW
                                  Attorney for Defendant CARMEN CHAN

## ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action, upon the Clerk's receipt of $100,000 to secure bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust form for the property to be exonerated.  Upon receipt of the instant order, the Reconveyance of the Deed of Trust for the property and the cash bail, the Clerk of the United States District Court, as beneficiary under the deed of trust shall the Clerk of the Court as Trustee shall reconvey the described property to Paul M. Leung and Carmen Sau Wai Chan, who originally pledged said property as bail.  The Clerk of the Court shall then send the Reconveyance of Deed of Trust with each Original Deed of Trust on the property;

      1820 Forest View Avenue, Hillsborough, CA 94010

to Garrick S. Lew  Esq., 600 Townsend Street Suite 329E, San Francisco, CA  94103, for recording of the Reconveyance in the appropriate county.


DATED:_____                _____
                                  The Hon. JAMES LARSON
                                  United States District Court Magistrate Judge