UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: AUG 15 2007

Case No. CR-07-0428 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: Paul Leung & Carmen Chan

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: Denise Barton

ATTORNEY FOR DEFENDANT: Garrick Lew (spec for Matt Siroka)

Deputy Clerk: Tracy Lucero

Reporter: Catherine Edwards

**PROCEEDINGS**

REASON FOR HEARING: Initial Status / Trial Setting Conference

RESULT OF HEARING: Govt produced 3300 pages of discovery to each ∆ & plans to produce remaining Discovery by end of week.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
      (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 9/26/07 @ 2:30 for Motion scheduling conference / Trial setting

EXCLUDABLE DELAY (Category) Preparation of Counsel   Begins AUG 15 2007   Ends 9/26/07

cc: Chamber file