SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-0428 MMC |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|     v. ) | |
| CARMAN CHAN, ) | |
|     Defendant. ) | |

On July 12, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from July 12, 2007 to August 15, 2007 for effective preparation of counsel and continuity of counsel, in that defense counsel requires time to review discovery and counsel for all parties were unavailable on certain days between July 12, 2007 and August 15, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

```
                                              SCOTT N. SCHOOLS
                                              United States Attorney


DATED: August 15, 2007                              /s/
                                              ─────────────────────────────
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney


DATED: August 15, 2007                              /s/
                                              ─────────────────────────────
                                              GARRICK LEW
                                              Attorney for CARMAN CHAN
```

     As the Court found on July 12, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases that time should be excluded from the Speedy Trial Act calculations from July 12, 2007 to August 15, 2007 for effective preparation of counsel and continuity of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 22, 2007                        ─────────────────────────────
                                              James Larson
                                              United States Chief Magistrate Judge