GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant CARMEN CHAN


MATTHEW A. SIROKA (State Bar No. 233050)
LAW OFFICES OF MATTHEW A. SIROKA
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: 415.522.1105
Facsimile:  415.522.1506

Attorney for Defendant PAUL LEUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-0428 MMC |
| Plaintiff, | )<br>)<br>) | STIPULATION AND [PROPOSED] TRAVEL ORDER |
| vs. | ) | |
| CARMEN CHAN and PAUL LEUNG, | )<br>)<br>) | |
| Defendants. | ) | |

At the initial setting of the bond and Conditions of Pretrial Release in this matter, defendants PAUL LEUNG and CARMEN CHAN requested that they be permitted to travel internationally for business, family and pleasure as a condition of their release.  Magistrate James Larson suggested that a stipulation be prepared by the parties setting forth the prospective travel dates and submitted to the court for approval.  Defendants submitted the proposed travel itineraries to AUSA Denise Barton and the government objected to defendant Carman Chan's proposed travel request.

On August 14, 2007 by noticed motion Defendants PAUL LEUNG and CARMEN CHAN, husband and wife, sought court approval to travel to the locations listed below on the following dates:

Hong Kong from August 21, 2007 to September 4, 2007

| | |
|---|---|
| 1 | Hong Kong from October 2, 2007 to October 18, 2007 |
| 2 | Hong Kong from November 13, 2007 to November 30, 2007[1] |
| 3 | Japan from December 10, 2007 to December 18, 2007 |
| 4 | Hong Kong December 29, 2007 to January 21, 2008. |

At the August 14, 2007 hearing Pretrial Services officer Betty Kim informed the court that Pretrial Services did not oppose the defendants request. The court was informed that each defendant had posted $100,000 cash deposit with the clerk of the court as a condition of their pretrial release. The court approved defendants proposed travel schedule.

AUSA Denise Barton arrived late for the hearing due to other court matters. The court met with counsel for both parties in chambers where the court heard and considered the government's objections regarding the requested travel.

The court then modified the initial travel order approving the first trip to Hong Kong from August 21, 2007 to September 4, 2007 and reserving judgment on the remaining proposed trips indicating that if the initial travel was completed without incident the court most likely would approve subsequent travel requests of the parties.

Defendants PAUL LEUNG and CARMEN CHAN successfully completed their travel to Hong Kong from August 21, 2007 to September 4, 2007 and returned without incident. They similarly successfully completed their second trip to Hong Kong from October 2, 2007 to October 18, 2007. Pretrial services has been informed of defendant's request for the instant travel order and has no objection to the request.

As such, the parties HEREBY STIPULATE that defendants be permitted to travel to Hong Kong November 15, 2007 to no later than December 10, 2007.

SO STIPULATED.

DATED: November 7, 2007

| /s/ Denise Marie Barton | /s/Garrick S. Lew | /s/Matthew A. Siroka |
|---|---|---|
| Counsel for the Government | Counsel for Defendant Carmen Chan | Counsel for Defendant Paul Leung |

---

[1] Since the initial application, defendants' business needs and meetings have changed. Defendants anticipate they may be able to return earlier than December 10, but in an abundance of caution have requested the later date as there are some last minute meetings they may need to attend.

1
2
3                                      **ORDER**
4         Good cause appearing;
5         IT IS HEREBY ORDERED that defendants PAUL LEUNG and CARMEN CHAN, husband and
6  wife, be permitted to travel to Hong Kong from November 15, 2007 to December 10, 2007.
7         IT IS FURTHER ORDERED that the Clerk of the Court return the passports of PAUL LEUNG
8  and CARMEN CHAN to each defendant prior to the departure date of November 15, 2007 and that each
9  defendant redeposit their passports with the Clerk of the Court no later than five days after their return
10 in December, 2007.
11
12 DATED: November 14, 2007
13                                                   _____
14                                                   United States Magistrate Judge James Larson
15
16
17
18
19
20
21
22
23
24
25
26
27
28