UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: NOV 14 2007

Case No. CR-07-0428 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: PAUL LEUNG & CARMEN CHAN

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: DENISE BARTON

ATTORNEY FOR DEFENDANT: MATTHEW SIROKA (spec. for Garrick Lew)

Deputy Clerk: TRACY LUCERO

Reporter: Sylvia Russo

**PROCEEDINGS**

REASON FOR HEARING: Further Status / Trial Setting Conference

RESULT OF HEARING: Counsel informed the Court that they believe that they are close to a resolution of this matter.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 1/23/08 @ 2:30 for Change of Plea (Both ∆s) or Trial Setting

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins NOV 14 2007 Ends 1/23/08