UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JAN 2 3 2008

Case No. CR-07-0428 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: PAUL LEUNG, CARMEN CHAN

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: DENISE BARTON

ATTORNEY FOR DEFENDANT: Matthew Siroka & Specially for Garrick Lew

Deputy Clerk: **TRACY LUCERO**

Reporter: Katherine Powell

## PROCEEDINGS

REASON FOR HEARING: STATUS CONFERENCE

RESULT OF HEARING: Counsel requests continuance to allow them time to work out restitution amount.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 2/27/08 @ 2:30 for Change of Plea or Trial Setting

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JAN 2 3 2008 Ends 2/27/08