1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       E-Mail: denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR 07-0428 MMC
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING FURTHER STATUS / TRIAL
16      v.                             )   SETTING DATE
                                       )
17  CARMAN CHAN and PAUL LEUNG,        )
                                       )
18          Defendants.                )
                                       )
19

20      This matter is currently scheduled for a Change of Plea before this Court on Wednesday,

21  February 27, 2008 at 2:30 pm.  Counsel for the government has been out of the Office on

22  medical leave due to an injury and has not had an opportunity to complete the restitution

23  calculation portion of the plea agreement and provide counsel for the defendant with an

24  approved plea agreement.  Further, counsel for the government will have knee surgery on

25  February 20, 2008, necessitating an additional estimated 2 weeks medical leave following

26  surgery.  To afford counsel for government adequate time to complete preparation of th plea

27  agreement and to afford defense counsel adequate time to discuss this plea agreement with the

28  defendants, the parties request that the date for Change of Plea be continued until April 2, 2008.

STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE
CR 07-0428 MMC                                                                                    1

1  The parties agree that time is properly excluded under the Speedy Trial Act for continuity and
2  effective preparation of counsel. 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3        For the foregoing reasons, the parties agree to continue this matter for hearing until April
4  2, 2008 at 2:30 p.m.

6  SO STIPULATED:

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
8

9  DATED: February 12, 2008               ___/s/_____
                                           DENISE MARIE BARTON
10                                         Assistant United States Attorney

11

12 DATED: February 12, 2008               ___/s/_____
                                           GARRICK LEW
13                                         Attorney for CARMAN CHAN

14
   DATED: February 12, 2008               ___/s/_____
15                                         MATTHEW SIROKA
                                           Attorney for PAUL LEUNG
16

17       For the foregoing reasons, this matter is continued until April 2, 2008 at 2:30 p.m.
18 Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and
19 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given
20 that failure to do so would deny the parties continuity of counsel and reasonable time for
21 effective preparation, taking into account the exercise of due diligence. Accordingly, time shall
22 be excluded from February 27, 2008 through April 2, 2008 .

23
   SO ORDERED.
24

25
   DATED:_____              _____
26                                   HONORABLE MAXINE M. CHESNEY
                                     United States District Court Judge
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE OF PLEA DATE
CR 07-0428 MMC                                                                                    2