UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: APR 0 2 2008

Case No. CR-07-0428 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: PAUL LEUNG, CARMEN CHAN

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: DENISE BARTON

ATTORNEY FOR DEFENDANT: MATTHEW SIROKA (& specially for GARRICK LEW)

Deputy Clerk: **TRACY LUCERO**

Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: AUSA provided defense counsel with restitution calculation & proposed plea agreement(s). Counsel request continuance to allow them time to review materials.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to 5/21/08 @ 2:30 for Trial Setting or Change of Plea(s).

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 0 2 2008 Ends 5/21/08

(7 min)