1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103
3  Telephone: (415) 575-3588
   Facsimile: (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant CARMEN CHAN

6  MATTHEW A. SIROKA (CASB #233050)
   LAW OFFICES OF MATTHEW A. SIROKA
7  600 Townsend Street Suite 329E
   San Francisco, California 94103
8  Telephone: (415) 522-1105
   Facsimile: (415) 522-1506
9
   Attorney for Defendant PAUL LEUNG
10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,        )   CR 07-0428 MMC
14                                  )
              Plaintiff,            )   EXPARTE JOINT APPLICATION FOR
15                                  )   TRAVEL ORDER, and
       vs.                          )   [PROPOSED] ORDER
16                                  )
   CARMEN CHAN and PAUL LEUNG,      )
17                                  )
              Defendants.           )
18  _____)

19      At the initial setting of the bond and Conditions of Pretrial Release in this matter, defendants

20  PAUL LEUNG and CARMEN CHAN requested that they be permitted to travel internationally for

21  business, family and pleasure as a condition of their release. Magistrate James Larson suggested that

22  a stipulation be prepared by the parties setting forth the prospective travel dates and submitted to the

23  court for approval. Defendants submitted the proposed travel itineraries to AUSA Denise Barton and

24  the government objected to defendant Carman Chan's proposed travel request.

25      On August 14, 2007 by noticed motion Defendants PAUL LEUNG and CARMEN CHAN,

26  husband and wife, sought court approval to travel to the locations listed below on the following dates:

27      Hong Kong from August 21, 2007 to September 4, 2007

28      Hong Kong from October 2, 2007 to October 18, 2007

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
[Proposed] Travel Order and Order Releasing Passports                                                    1

1         Hong Kong from November 13, 2007 to November 30, 2007

2         Japan from December 10, 2007 to December 18, 2007

3         Hong Kong December 29, 2007 to January 21, 2008.

4         At the August 14, 2007 hearing Pretrial Services officer Betty Kim informed the court that
5 Pretrial Services did not oppose the defendants' request. The court was informed that each defendant
6 had posted $100,000 cash deposit with the clerk of the court as a condition of their pretrial release. The
7 court approved defendants proposed travel schedule.

8         AUSA Denise Barton arrived late for the hearing due other court matters. The court met with
9 counsel for both parties in chambers where the court heard and considered the government's objections
10 regarding the requested travel.

11         The court then modified the initial travel order approving the first trip to Hong Kong from
12 August 21, 2007 to September 4, 2007 and reserving judgment on the remaining proposed trips
13 indicating that if the initial travel was completed without incident the court most likely would approve
14 subsequent travel requests of the parties.

15         Defendants PAUL LEUNG and CARMEN CHAN successfully completed their travel to Hong
16 Kong from August 21, 2007 to September 4, 2007 and returned without incident. They similarly
17 successfully completed their second trip to Hong Kong from October 2, 2007 to October 18, 2007.
18 Defendants also successfully completed their third trip to Hong Kong from November 15, 2007 to
19 December 3, 2007 and have returned their passports and Hong King identification cards to the Clerk's
20 office. Pretrial services has been informed of defendant's request for the instant travel order and has no
21 objection to the request. AUSA Barton has been served with this request and has agreed.

22         As such, the parties HEREBY STIPULATE that defendants be permitted to travel to Hong
23 Kong June 3, 2008 to June 12, 2008.

24 SO STIPULATED.

25 DATED: May 27, 2008

26

27 /s/ Denise Marie Barton     /s/Garrick S. Lew     /s/Matthew A. Siroka
   Counsel for the Government   Counsel for Defendant Chan   Counsel for Defendant Leung
28

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
[Proposed] Travel Order and Order Releasing Passports     2

1 ORDER

2   Good cause appearing;

3   IT IS HEREBY ORDERED that defendants PAUL LEUNG and CARMEN CHAN, husband
4 and wife, be permitted to travel to Hong Kong from June 3, 2008 to June 17, 2008.

5   IT IS FURTHER ORDERED that the Clerk of the Court return the passports of PAUL
6 LEUNG and CARMEN CHAN to each defendant prior to the departure date of June 3, 2008 and that
7 both defendants redeposit their passports with the Clerk of the Court no later than June 17, 2008.

8

9 DATED: May 29, 2008

10 _____
    The Honorable James Larson
11  United States Magistrate Judge

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
[Proposed] Travel Order and Order Releasing Passports                    3