UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUL X 9 2008

Case No. CR-07-0428 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: PAUL LEUNG & CARMEN CHAN

Present (✓) Not Present ( ) In Custody ( )

U.S. ATTORNEY: DENISE BARTON

ATTORNEY FOR DEFENDANT: MATTHEW SIROKA, GARRICK LEW

Deputy Clerk: TRACY LUCERO

Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING: Trial Setting Conference

RESULT OF HEARING: Discovery cut-off – 9/5/08

In limine motion(s) to be filed by 9/23/08, opposition(s) due by 9/30/08.

Case continued to _____ for Further Status.
Case continued to 10/7/08 @ 10:00 for Motions.
(Motion due 8/29, Opposition due 9/12, Reply Due 9/19)
Case continued to 10/7/08 @ 10:00 for Pretrial.
Case continued to 10/20/08 @ 9:00 for Trial. (Court/Jury: 5-7 day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category)/ Continuity / Preparation of Counsel Begins JUL X 9 2008 Ends 10/20/08

(14 min)