1  GARRICK S. LEW (CASB 61889)
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant CARMEN CHAN

6  MATTHEW A. SIROKA (CASB #233050)
   LAW OFFICES OF MATTHEW A. SIROKA
7  600 Townsend Street Suite 329E
   San Francisco, California 94103
8  Telephone: (415) 522-1105
   Facsimile: (415) 522-1506
9
   Attorney for Defendant PAUL LEUNG
10

11                 UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,          )   CR 07-0428 MMC
14                                    )
              Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
15                                    )   CONTINUING DATE FOR SENTENCING
       vs.                            )   HEARING
16                                    )
   CARMEN CHAN and PAUL LEUNG,        )
17                                    )
              Defendants.             )
18 _____     )

19       This matter is currently on the Court's calendar for change of plea hearing Friday, January 30,

20 2009.  The parties hereby request and stipulate to continue the date to March 18, 2009 for the reasons

21 set forth herein.

22       Defendants filled out Probation forms immediately after the change of plea hearing, for some

23 reason the Probation Office inadvertently did not assign the case to a Probation Officer until sometime

24 around the beginning of December.  Defendants interviewed with the assigned Probation Officer on

25 December 16, 2008.  In order to allow the Probation Officer sufficient time to prepare a Presentence

26 Report, and for the parties to comment in accordance with Federal Rule of Criminal Procedure 32.

27 AUSA Barton has a trial and out-of-district travel that makes her unavailable for approximately three

28

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
*United States v. Carmen Chan and Paul Leung* CR 07-0428 MMC                              1

weeks in late February and early March.  After consulting with all parties and the Probation Officer, March 18, 2009 is the first date that the parties are all available.

      SO STIPULATED.

DATED: January 7, 2009

| /s/ Denise Marie Barton | /s/Garrick S. Lew | /s/Matthew A. Siroka |
|---|---|---|
| Counsel for the Government | Counsel for Defendant Chan | Counsel for Defendant Leung |

## ORDER

Good cause appearing;

IT IS HEREBY ORDERED that the ~~change of plea~~ sentencing hearing in this matter be continued until ~~March 19, 2009~~. March 18, 2009.

DATED: January 12, 2009.

_____
The Honorable Maxine M. Chesney
United States District Court Judge