JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
     Telephone: (415) 436-7359
     Facsimile: (415) 436-7234
     denise.barton@usdoj.gov

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-0428 MMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING SENTENCING DATE |
| v. | ) | |
| | ) | |
| CARMAN CHAN and PAUL LEUNG, | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

     This matter is currently scheduled for sentencing before this Court on Wednesday, March 18, 2009.  For the following reasons, the parties seek to continue sentencing to May 6, 2009.

     First, counsel for the United States is scheduled to be in trial before the Honorable Jeffrey S. White in the matter of *United States v. Silva*, CR No. 07-0678 beginning March 16, 2009, and has concerns about her ability to properly prepare for and appear at the currently-scheduled sentencing date.  In addition, in reviewing the Draft Presentence Report, the United States determined that there were additional matters to be presented to the Probation Officer by the United States for this Court to have a full understanding of the offense and parties involved.

1   Such information will be simultaneously provided to defense counsel.  Because the Probation

2   Officer is on vacation for the next week, this information cannot be provided to and discussed

3   with him until his return, after which he may require time to amend the Presentence Report.

4           Second, counsel for defendant Paul Leung has several trials in April and is not available

5   until the end of April 2009.

6           Third, with the above-referenced issues, the earliest date that all parties are available for

7   sentencing is May 6, 2009.

8           The defendants are currently out of custody and do not object to this continuance.

9           The Probation Officer does not object to this continuance and is available on the

10  requested date.

11

12

13  SO STIPULATED:

14                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
15

16  DATED: March 2, 2009                            /s/
                                                _____
17                                              DENISE MARIE BARTON
                                                Assistant United States Attorney
18

19  DATED:  March 2, 2009                           /s/
                                                _____
20                                              GARRICK LEW
                                                Attorney for CARMAN CHAN
21

22  DATED:  March 2, 2009                           /s/
                                                _____
                                                MATTHEW SIROKA
23                                              Attorney for PAUL LEUNG

24  SO ORDERED.

25

26  DATED: ___March 3, 2009___                  _____
                                                HONORABLE MAXINE M. CHESNEY
27                                              United States District Court Judge

28

UNITED STATES V. CHAN AND LEUNG,
CR 07-0428 MMC,
STIPULATION AND [PROPOSED] ORDER                                                          2