JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-0428 MMC |
|     Plaintiff, ) | [PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO TRANSFER MONEY DEPOSITED WITH CLERK TO DEFENDANT'S CRIMINAL RESTITUTION AND SPECIAL ASSESSMENT OBLIGATIONS |
|     v. ) | |
| CARMAN CHAN, ) | |
|     Defendants. ) | |

IT IS HEREBY ORDERED that the Clerk of the Court, United States District Court for the Northern District of California, transfer the principal balance on defendant Carman Chan's appearance bond in the captioned case and any interest earned thereon to pay her restitution and special assessment obligations in the following manner:

(1) pay $30,000 restitution to Indarwati Midjan, c/o Asian Pacific Islander Legal Outreach, Attorney Ivy Lee, 1188 Franklin Street, Suite 202, San Francisco, CA 94109;

(2) pay the $100 special assessment due to the Clerk of Court.

Upon satisfaction of the restitution and special assessment obligations, pay the remaining balance, if any, to defendant, at the location directed by her.

07-0428 MMC
PROPOSED ORDER

1  IT IS FURTHER ORDERED that the Clerk of the Court return the passport of CARMAN
2  CHAN to defendant upon presentation of an endorsed filed copy of this order and proper
3  identification.
4
5
6  DATED: May 11, 2009
7  HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

07-0428 MMC
PROPOSED ORDER                                2