JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-0428 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND THE JUDGMENT** |
| v. | |
| CARMAN CHAN, | AND ORDER AMENDING JUDGMENT |
| Defendant. | |

    Pursuant to Crim. Rule P. 35(a), the parties hereby respectfully request and stipulate to amend the Judgment for defendant Carman Chan in the following respects:

    First, page 1 of the Judgment should reflect that the offense ended on April 7, 2006, not January 9, 2003. As noted in the Plea Agreement (*Docket No. 53*), January 9, 2003 is the start date of the criminal conduct and April 7, 2006 is the end date.

    Second, page 4 of the Judgment should reflect that restitution is payable to Indarwati

//

//

UNITED STATES V. CHAN,
07-0428 MMC
PROPOSED ORDER TO AMEND THE JUDGMENT

1  Midjan, not the Clerk of the District Court.  Although restitution will be paid through the Clerk,
2  the restitution payee is Indarwati Midjan, c/o Asian Pacific Islander Legal Outreach, Attorney Ivy
3  Lee, 1188 Franklin Street, Suite 202, San Francisco, CA 94109.

5  SO STIPULATED:

6                          JOSEPH P. RUSSONIELLO
                        United States Attorney

8  DATED: March 13, 2009           _____/s/_____
                                         DENISE MARIE BARTON
9                          Assistant United States Attorney

11 DATED:  March 13, 2009          ___/s/_____
                                         GARRICK LEW
12                         Attorney for CARMAN CHAN

14 SO ORDERED.

16 DATED:_ May 13, 2009 __         _____
                                       HONORABLE MAXINE M. CHESNEY
17                         United States District Court Judge

28 UNITED STATES V. CHAN,
07-0428 MMC
PROPOSED ORDER TO AMEND THE JUDGMENT
2